*E-FILED - 3/18/09*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FLOYD SMITH, ) | No. C 04-4793 RMW (PR) |
| Plaintiff, ) | **JUDGMENT** |
| vs. ) | |
| J.S. WOODFORD, et al., ) | |
| Defendants. ) | |

The court granted defendants' motion to dismiss in the instant civil rights complaint for relief. Judgment is hereby entered in favor of defendants. Plaintiff shall take nothing by way of his complaint, which is DISMISSED.

The clerk shall close the file.

**IT IS SO ORDERED.**

DATED: 3/16/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\Pro-Se\SJ.RMW\CR.04\Smith793.jud.md