*E-FILED - 6/3/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SMITH AND CALVIN CHISM, <br><br> Plaintiffs, <br><br> v. <br><br> J. S. WOODFORD, et al., <br><br> Defendants. | Case No. CV 04-4793 RMW <br><br> [] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF LT. R. LUNA AND ATTACHED EXHIBITS A – F. |

Defendants Williams, Nunez, Graham, Rygg, Van Blarcom, Grant, Searvance, Dassel, Tobin, Panizza, Dacany, Young, Crandall, Woodford, Brau, Simons, and Petrakis (Defendants) filed an administrative motion under Civil Local Rules 7-11 and 79-5 requesting the Court file under seal and review in camera the declaration of Lt. R. Luna and attached confidential documents Exhibits A through F. Defendants further request that the declaration and Exhibits A through F be maintained under seal until the conclusion of this case and any appellate proceedings, after which time they should be returned to counsel for Defendants.

The Court has reviewed Defendants' motion, all opposition papers, and good cause appearing GRANTS Defendants' motion. The Court SEALS the Declaration of Lt. R. Luna and SEALS Exhibits A through F to Lt. R. Luna's declaration, and will maintain the documents under seal until this case and any appellate proceedings end. Then, Defendants may request that the

1

[] Order Granting Defs.' Mot. File Under Seal; Sealing Docs. (CV 04-4793 RMW)

1   Clerk return to sealed declaration and documents.
2       IT IS SO ORDERED.
3   Dated:   6/3/11

*Ronald M. Whyte*
The Honorable Ronald M. Whyte