1

2

3

4

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  FLOYD SMITH,                        )  No. C 04-4793 RMW (PR)
                                        )
12              Plaintiff,              )  JUDGMENT
                                        )
13       v.                             )
                                        )
14  J.S. WOODFORD, et al.,              )
                                        )
15              Defendants.             )
    _____    )

16

17        The court has granted defendants' motion for summary judgment.  Judgment is entered in

18  favor of defendants and against plaintiff.  The clerk shall close the file.

19        IT IS SO ORDERED.

20  DATED: _____

21                                        RONALD M. WHYTE
                                          United States District Judge

22

23

24

25

26

27

28

Judgment
G:\PRO-SE\SJ.Rmw\CR old\CR.04\Smith793jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


SMITH et al,

                Plaintiff,

  v.

WOODFORD et al,

                Defendant.

_____/

Case Number: CV04-04793 RMW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 7, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Floyd Smith K-72700
San Quentin State Prison
San Quentin, CA 94974


Dated: June 7, 2012

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk